UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

vs.  No. 3:09-cr-00092
JUDGE HAYNES

ANDREW LANZ

MOTION TO CONTINUE STATUS CONFERENCE

Comes now the Defendant, through undersigned counsel, and respectfully moves the Court to continue the status conference currently set in this matter for August 13, 2012. For grounds, the Defendant would state to the Court that counsel currently has a jury trial set for August 13, 2012, in Robertson County, Tennessee. The status conference in this matter was set to determine the outcome of the Defendant's trial in Texas for attempted murder. Counsel for the Defendant has been advised that the Defendant was convicted in Texas and received a 55 year sentence. Assistant United States Attorney Hal McDonough has advised counsel that the government does not oppose this motion. For additional grounds, the Court is referred to the affidavit filed contemporaneously with this motion.

Respectfully submitted,

/s/ Roger N. "Bo" Taylor
ROGER N. "BO" TAYLOR
Attorney for Andrew Lanz
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 859-0060; Fax: (615) 320-5597
bo.taylor@305lawoffice.com