UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

UNITED STATES OF AMERICA,         )
                                  )
V.                                )         Case No. 3:09-00092
                                  )         Chief Judge Haynes
PATRICK GIBBS.                    )

*[handwritten annotation: Granted. Counsel for the parties have 20 days to submit an agreed Order for the hearing. Lillie ___ USDJ 1-8-13]*

## DEFENDANT'S FIRST MOTION TO CONTINUE SENTENCING HEARING

Comes now Counsel for Patrick Gibbs and would move the Court for a brief

continuance of the sentencing hearing that is currently set in the case on Friday, January

18, 2013 at 3:30. (DE 652) Counsel would show as grounds for this Motion the

following:

      1.     Counsel was involved in a lengthy trial from October 23, 2012 until

November 16, 2012 in the Middle District of Tennessee case of *United States v. Gentry.*

Due to the length of the trial in the *Gentry* case counsel was unable to meet with

Pretrial Services in the normal timeframe to complete the presentence report in this

case.[1]

      2.     Due to counsel having to delay the presentence report meeting, pretrial

services will not be able to get a completed presentence report in the normal scheduled

timeframe.

      3.     Counsel has consulted with Hal McDonough of the United States

Attorneys Office and he indicates he has no objection to the continuance.

---

[1] Immediately after the plea counsel and pretrial services were unable to meet. Due to final trial preparations and the trial counsel was in, the meeting for the presentence report did not occur until December of 2012.