IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:09-cr-92-19 |
| | ) | |
| AMANDA GAIL WALLACE | ) | |

ORDER

Upon the joint motion to modify conditions of supervised release (Docket Entry No. 660), the defendant is required to participate in a program of home detention, to be monitored electronically, for a period of no less than six months, as directed by the U.S. Probation Office.

IT IS SO **ORDERED**.

ENTERED this the _____ day of February, 2013.

WILLIAM J. HAYNES, JR.
U. S. DISTRICT JUDGE