UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:09-00092 |
| | ) | |
| PATRICK GIBBS | ) | Chief Judge Haynes |

### AGREED MOTION SETTING SENTENCING HEARING

Counsel for Patrick Gibbs and the United States jointly moves the Court to set a sentencing hearing in this case. Counsel would show the Court that the case is ready for a sentencing hearing and would move the Court to set a hearing on any Monday or Friday in the month of April, with the exception of the first week of April, to accommodate counsel's schedule. This motion is made with respect to the Court and the Court's docket availability.

*[Handwritten order: ORDER — This motion is GRANTED. This hearing is set for April 26, 2013 at 3:30 pm. William J. Haynes 3-28-13]*

Respectfully Submitted,

Barry R. Tidwell
Attorney for Mr. Gibbs
Bullock, Fly, Hornsby, & Evans
302 N. Spring Street
Murfreesboro, Tennessee 37130
(615) 896-4154

### CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been served either by electronic filing with the CM/ECF system or by regular US Mail, postage pre-paid, on this the 27th day of March, 2013, to all those who would normally be served in this case including Hal McDonough, of the United States Attorneys Office.

/s/ Barry R. Tidwell
Barry R. Tidwell